# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00110-CV

**In re Linda Anthony**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a). Relator's motion for emergency temporary relief is also denied.

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Baker, and Triana

Filed: March 10, 2022